

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00306-CV

RONIE WAYNE SMITH                                    APPELLANT

V.

PURDUE BRANDON FIELDER                               APPELLEE
COLLINS & MOTT, LLP

------------

FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY
TRIAL COURT NO. 180,532-A

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On September 24, 2014, and October 7, 2014, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195 filing fee was paid. *See* Tex. R. App. P. 42.3(c).

---

[1]*See* Tex. R. App. P. 47.4.

Appellant has not paid the $195 filing fee, nor has he responded in any way. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and, WALKER, JJ.

DELIVERED: October 30, 2014

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).